```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HARMONY INNOVATION
SHIPPING LIMITED

      Plaintiff,
vs.

IOF PTE., LTD., BHATIA INTERNATIONAL
PTE., LTD., BHATIA INTERNATIONAL LTD.,
BHATIA GLOBAL TRADING LTD.,
FLEETMAR SHIPPING COMPANY LIMITED,
GURU CORPORATION LIMITED,
INDORE CORPORATION LIMITED,
PATRIOTIC SERVICES INCORPORATED,
GREGARIOUS ESTATE INCORPORATED.

      Defendants.
------------------------------------------------------------------X

1:12-CV-06767 (WHP)

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed as to all defendants without prejudice by Plaintiff, HARMONY INNOVATION SHIPPING LIMITED, pursuant to Rule 41(a)(1)(A) of the Rules of Civil Procedure for the United States District Courts. Defendants have not appeared, answered, or filed a motion for summary judgment in this action. No Court costs are to be assessed to any party.

Dated: December 7, 2012
Oyster Bay, New York

Respectfully submitted,
*Attorneys for Plaintiff*
HARMONY INNOVATION
SHIPPING LIMITED

By: _____

**SO ORDERED:**

_____
**U.S.D.J.**
12/10/12

CHALOS & CO, P.C.
George M. Chalos (GC-8693)
55 Hamilton Avenue
Oyster Bay, New York 11771
Tel: (516) 714-4300
Fax: (516) 750-9051
Email: gmc@chaloslaw.com